IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN POTTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:22-cv-02715-DWD |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Before the Court is Plaintiff's First Motion for Leave to Proceed *In Forma Pauperis* (Doc. 3). Such a motion may be granted if Plaintiff proves indigence by submitting an affidavit that includes a statement of his assets and a showing of an inability to pay fees or security. *See* 28 U.S.C. § 1915(a)(1). The Court may deny Plaintiff's motion and dismiss the action if it is frivolous or malicious, which means Plaintiff cannot make a rational legal or factual argument to support his claims. *See id.* § 1915(e)(2)(B)(i); *Ledbetter v. Commissioner of Social Security*, No. 20-912, 2020 WL 6395491, at *1 (S.D. Ill. 2020).

Here, based on Plaintiff's affidavit, the Court is satisfied that he is indigent. Further, the record does not suggest Plaintiff's claims are frivolous or malicious. Therefore, the Court **GRANTS** Plaintiff's First Motion for Leave to Proceed *In Forma Pauperis*. The Court notes that it may dismiss this action, at any time, if the action is deemed frivolous or malicious. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

If Plaintiff wishes for the United States Marshals Service to serve process, then Plaintiff shall provide the United States Marshals Service with a summons issued in this case, completed USM-285 forms, and sufficient copies of the Complaint (Doc. 1). The Court **DIRECTS** the United States Marshal, upon receipt of those documents, to serve a copy of the summons, Complaint, and this Order on Defendant, the United States Attorney for the Southern District of Illinois, and the Attorney General of the United States, pursuant to Federal Rule of Civil Procedure 4(c)(3) and in the manner specified by subsection (i)(1) & (2) of that rule. Costs of service shall be borne by the United States.

**SO ORDERED.**

Dated: December 6, 2022

s/ David W. Dugan
DAVID W. DUGAN
United States District Judge