IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN POTTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.  3:22-cv-2715-DWD |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered by United States District Judge David W. Dugan on September 8, 2023 (Doc. 24) and the Order entered on September 11, 2023 (Doc. 27), the Commissioner's final decision denying Plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of Plaintiff Sean Potter and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

DATED: September 12, 2023

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**